IT IS SO ORDERED.

Dated:  October 2, 2017
         09:36:41 AM

_____
Kay Woods
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-41723-KW |
| Maximus III Properties, LLC, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) Judge Kay Woods |

## ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

This matter came before the Court on the United States Trustee's *Emergency Motion to Dismiss Chapter 11 Case* (the "Motion"). At the hearing conducted on September 29, 2017, the Court heard arguments from representatives of the United States Trustee and the debtor Maximus III Properties, LLC (the "Debtor"). During the hearing, counsel indicated that there may be assets that a chapter 7 trustee could administer for the benefit of unsecured creditors. Accordingly, the United States Trustee modified the Motion to request dismissal or conversion of the case, whichever is in the best interest of creditors.

1

For the reasons stated on the record and for good cause shown, it is hereby ORDERED that the Motion is granted as modified. The Court finds that conversion of the case from chapter 11 to chapter 7 is in creditors' best interests. 11 U.S.C. § 1112(b)(1). The case is hereby ORDERED converted from a proceeding under chapter 11 to one under chapter 7 of Title 11.

IT IS FURTHER ORDERED that the Court's prior order entered on September 20, 2017 extending the Debtor's deadline to file forms and schedules by October 5, 2017 shall remain in effect. Dkt. 8.

IT IS SO ORDERED.

###

Order Submitted by:

   /s/ *Scott R. Belhorn*
Scott R. Belhorn (#0080094)
Trial Attorney
Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, Ste. 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 260
(216) 522-7193
scott.r.belhorn@usdoj.gov

**Parties to be Noticed:**

### Electronically

- Michael A. Partlow     partlowlaw@aol.com
- United States Trustee     (Registered address)@usdoj.gov
- Scott R. Belhorn ust35     Scott.R.Belhorn@usdoj.gov

### U.S. Post, First Class

Maximus III Properties LLC
2016 Isabella Court
Girard, OH 44420