United States Bankruptcy Court
Northern District of Ohio

In re:  
Maximus III Properties LLC  
    Debtor

Case No. 17-41723-kw  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0647-4     User: admin     Page 1 of 1     Date Rcvd: Oct 05, 2017  
                        Form ID: 177a     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db              +Maximus III Properties LLC,    2016 Isabella Court,    Girard, OH 44420-1179
ust             +Daniel M. McDermott, United States Trustee for Reg,    United States Department of Justice,
                  Office of the United States Trustee,    Howard M. Merzenbaum U.S. Courthouse,
                  201 Superior Avenue E, Suite 441,    Cleveland, OH 44114-1234
25054781        +OHIO BUREAU OF WORKERS COMPENSATION,    30 WEST SPRING STREET,    COLUMBUS, OH 43215-2256
25054780        +SAVION RESOURCES, LLC,    134 FOXHOUND ROAD,    AIKEN, SC 29803-1613
25054784        +TRUMBULL COUNTY TREASURER,    COUNTY ADMINISTRATION BLDG,    160 HIGH STREET NW, 2ND FLOOR,
                  WARREN, OHIO 44481-1077
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25054783         EDI: IRS.COM Oct 05 2017 22:08:00      INTERNAL REVENUE SERVICE,    1240 EAST 9TH STREET,
                  CLEVELAND, OH 44199
25054782        +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Oct 05 2017 22:32:21
                  OHIO DEPARTMENT OF TAXATION,    4485 NORTHLAND RIDGE BLVD.,    COLUMBUS, OH 43229-6596
                                                                                                TOTAL: 2
```
        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
              Michael A. Partlow    on behalf of Debtor    Maximus III Properties LLC partlowlaw@aol.com
              Richard G. Zellers    RGZTRUSTEE@gmail.com, oh10@ecfcbis.com
              Richard G. Zellers    on behalf of Trustee Richard G. Zellers RGZTRUSTEE@gmail.com,
               oh10@ecfcbis.com
              Scott R. Belhorn    ust35    on behalf of U.S. Trustee Daniel M. McDermott, United States Trustee
               for Region 9 Scott.R.Belhorn@usdoj.gov
                                                                                                TOTAL: 4
```

Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 17−41723−kw**

**In re: (Name of Debtor)**
Maximus III Properties LLC
2016 Isabella Court
Girard, OH 44420

**Social Security No.:**

**Employer's Tax I.D. No.:**
80−0844872

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

Last date to file claims: **January 12, 2018**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** October 5, 2017  For the Court
Form ohnb177  Teresa D. Underwood, Clerk