The hearings on the following motions are continued to the date noted below: (i) Motion to Convert Case From Chapter 7 to Chapter 11 (Doc. 51); and (ii) Motion for Order Authorizing Sale of Real Estate and Equipment at Private Sale and Approving a Break Up Fee (Doc. 53).

IT IS SO ORDERED.

Dated: January 10, 2018
      04:51:47 PM

Kay Woods
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-41723-kw |
| | ) | |
| MAXIMUS III PROPERTIES, LLC | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | ORDER |

This cause was heard upon the Second Motion of the Debtor for an Order granting the Debtor a reasonable continuance of the motion hearing presently set in this matter for January 17, 2018 at 9:30 o'clock AM. In

consideration of the premises, the Court finds the motion to be well taken.

Said motion hearing is hereby continued to the 1st day of February, 2018 at 9:30 O'Clock A.M.

**IT IS SO ORDERED.**

###

/s/ Michael A. Partlow
Michael A. Partlow (0037102)
112 S. Water Street, Suite C
Kent, Ohio 44240
330.400.2290      888.663.8320
Fax:  888.707.5871
partlowlaw@aol.com

*Counsel for Debtor*