IT IS SO ORDERED.

Dated:  February 2, 2018
       11:45:40 AM

Kay Woods
United States Bankruptcy Judge

```
                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF OHIO
                                   *
IN RE:                             *
                                   *     CASE NUMBER 17-41723
                                   *
MAXIMUS III PROPERTIES, LLC,       *     CHAPTER 7
                                   *
     Debtor.                       *     HONORABLE KAY WOODS
                                   *
****************************************************************
    ORDER DENYING, WITHOUT PREJUDICE, MOTION FOR ORDER AUTHORIZING
  SALE OF REAL ESTATE AND EQUIPMENT AT PRIVATE SALE AND APPROVING
                           A BREAK UP FEE
****************************************************************
```

This cause is before the Court on Motion for Order Authorizing Sale of Real Estate and Equipment at Private Sale and Approving a Break Up Fee ("Motion to Sell") (Doc. 53) filed by Richard G. Zellers, Chapter 7 Trustee, on December 22, 2017. Four objections to the Motion to Sell were filed, as follows: (i) Saucon Resources, LLC filed letter objection (Doc. 58), which it later supplemented with Supplemental Objection (Doc. 75); (ii) Debtor Maximus III Properties, LLC filed Objection (Doc. 62); (iii) Sergio DiPaolo

filed Objection (Doc. 64); and (iv) Daniel M. McDermott, United States Trustee for Region 9, filed Response (Doc. 65).

The Court held a hearing on the Motion to Sell on February 1, 2018. For the reasons set forth on the record at the hearing, the Court hereby denies the Motion to Sell, without prejudice.

# # #